IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **ARCOLIA CASTILLO PIERCE,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| VS. : | |
| : | CIVIL No: 7:15-CV-0014-HL |
| **Captain JASON CLIFTON and** : | |
| **Sergeant JAMIE SMITH.** : | |
| : | |
| **Defendants** : | |

# ORDER

Plaintiff Arcolla Castillo Pierce, a state prisoner confined at the Lowndes County Jail in Valdosta, Georgia, filed a *pro se* civil rights complaint in this Court seeking relief under 42 U.S.C. § 1983. After a review of his pleading, the United States Magistrate Judge ordered Plaintiff to recast his complaint on the required form and provide the financial documentation necessary to proceed *in forma pauperis*. *See* Order, Feb. 5, 2015 (Doc. 4). When Plaintiff failed to respond, the Magistrate Judge ordered Plaintiff to show cause why his lawsuit should not be dismissed for failure to comply with an order of the Court. *See* Order, March 5, 2015 (Doc. 5). Plaintiff filed a response to the Show Cause Order and explained that he was unable to comply because he did not receive the required forms. The Magistrate Judge accordingly directed that the relevant documents be re-sent to Plaintiff and gave him an additional twenty-one days in which to comply with is the original order. Plaintiff was also warned that a failure to fully and timely comply would result in the dismissal of his complaint.

The time for filing a response has now passed, and Plaintiff has again failed to comply with an order of the Court. Because of this failure, his Complaint is **DISMISSED**. *See* Fed. R. Civ. P. 41. This dismissal is without prejudice.

**SO ORDERED** this 22nd day of April, 2015.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jlr